■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH BROWN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Grajales, J.), rendered November 28, 1988, convicting him of grand larceny in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the prosecutor's cross-examination of him improperly suggested to the jury that the defendant had an obligation to call certain witnesses but failed to do so has not been preserved for our review since the defendant failed to specifically raise this objection in the trial court *(see, People v Bynum,* 70 NY2d 858; *People v Udzinski,* 146 AD2d 245). Under the circumstances of this case, we decline to exercise our interest of justice jurisdiction to reach this issue. Kooper, J. P., Eiber, Sullivan and Balletta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHERYL COBB, Appellant.—Appeal by the defendant from two judgments of the County Court, Suffolk County (Mallon, J.), both rendered September 27, 1989, convicting her of attempted grand larceny in the third degree under indictment No. 110/85, and bail jumping in the second degree under indictment No. 190/88, respectively, upon her pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Lawrence, Eiber, Harwood and Rosenblatt, JJ., concur.